# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MAUREEN L. RIOPELLE, | : | Case No. 1:18-cv-9 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION (Doc. 20)
## AND ENTERING FINAL JUDGMENT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on April 10, 2019, submitted a Report and Recommendation (Doc. 20). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 20) is hereby **ADOPTED**;

2. The parties' joint stipulation for an award of attorney fees and costs under the Equal Access to Justice Act ("EAJA") (Doc. 19) is hereby **GRANTED**; and

3. Plaintiff is hereby **AWARDED** attorney fees and costs in the amount of $5,200.00, in full satisfaction and settlement of any claims she may have under the EAJA in this case.

4. In light of the foregoing, Plaintiff's motion for miscellaneous relief (Doc. 21) and motion to approve the consent judgment (Doc. 22) are hereby **MOOT**.

The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Date: 7/16/19

Timothy S. Black
United States District Judge