# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MAUREEN R., | : | Case No. 1:18-cv-9 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 27)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on April 27, 2022, submitted a Report and Recommendation. (Doc. 27). No objections were filed.

The Court has reviewed the Report and Recommendation, is satisfied that there is nothing clearly erroneous or contrary to law on the face of the record, and accepts the Magistrate Judge's recommendation. Fed. R. Civ. P. 72.

Accordingly:

1. The Report and Recommendation (Doc. 27) is hereby **ADOPTED**;

2. Plaintiff's counsel's 42 U.S.C. § 406(b)'s motion for attorney fees (Doc. 25) is **GRANTED**;

3. Plaintiff's counsel is **AWARDED** attorney fees in the amount of $22,500.00. Plaintiff's counsel **SHALL** remit $4,800.00 of this sum directly to plaintiff upon receipt of the fee award; and,

2

4. The case remains terminated upon the Court's docket.

**IT IS SO ORDERED.**

Date: 8/31/2022                                    *s/Timothy S. Black*
                                                   Timothy S. Black
                                                   United States District Judge